JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 23, 2011

Check No. 2034405

Check Amount: $12,401.59

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-41077-R | 00014 | TIMOTHY BRIAN & HEATHER ANN SWEENEY | 2 | XXXXX2566 | 94.99 | 0.00 | 94.99 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEBT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 06-41077-R | 00022 | TIMOTHY BRIAN & HEATHER ANN SWEENEY | 5 | 3135 | 66.95 | 0.00 | 66.95 |
| | | Original check written to: SALLIE MAE ON BEHALF OF NELA P. O. BOX 6180 INDIANAPOLIS, IN 46206-6180 | | | | | |
| 06-41135-R | 00016 | DONALD & PAMELA LUCILLE JORDAN | 7 | XXXXX0675 | 1,213.32 | 0.00 | 1,213.32 |
| | | Original check written to: RESOLUTION MANAGEMENT LLC P. O. BOX 25776 ROCHESTER, NY 14625-0776 | | | | | |
| 06-41164-R | 00003 | CHRISTOPHER GEORGE & HEATHER NICOLE HARRISON | 2 | 3350 | 438.74 | 0.00 | 438.74 |
| | | Original check written to: WELLS FARGO BANK LOSS RECOVERY CENTER P. O. BOX 30095 WALNUT CREEK, CA 94598 | | | | | |
| 06-41197-R | 00003 | KENNETH R. & VICKI S. KLAHN | 2 | XXXXX6077 | 1,247.39 | 0.00 | 1,247.39 |
| | | Original check written to: CALVALRY PORTFOLIO 7 SKYLINE DRIVE, 3RD FLOOR HAWTHORNE, NY 10532-2156 | | | | | |
| 06-41243-R | 00017 | FELIPE & LETICIA ABUNDIS | 10 | XXXXX3203 | 1,226.91 | 0.00 | 1,226.91 |
| | | Original check written to: CENTRIX 6782 SOUTH POTOMAC STREET CENTENNIAL, CO 80112 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 23, 2011

Check No. 2034405

Check Amount: $12,401.59

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-41471-R | 00035 | DARRYL & KATHERINE WASHINGTON | 1 | XXXXX9510 | 63.32 | 0.00 | 63.32 |
| | | Original check written to: OSI COLLECTION SERVICES INC<br>P. O. BOX 947<br>BROOKFIELD, WI 53008-0947 | | | | | |
| 06-41995-R | 00039 | MICHAEL & MARGARET WRIGHT | 4 | XXXXX1425 | 408.32 | 89.76 | 498.08 |
| | | Original check written to: LEWISVILLE ISD<br>C/O ROBERT E. LUNA<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | | | | |
| 08-41591-R | 00008 | GERALD RAY & MONA IVANNELL MOON | 3 | XXXXX9131 | 1,460.15 | 350.43 | 1,810.58 |
| | | Original check written to: PARKER CAD<br>C/O LINEBARGER, GOGGAN, BLAIR<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | | | | | |
| 09-41758-R | 00012 | ROBERT G. & KATHY A. DEFOORE | 15 | 3022 | 974.16 | 0.00 | 974.16 |
| | | Original check written to: DEUTSCHE BANK NATIONAL ON BEHALF OF BOSCO CREDIT<br>C/O FRANKLIN CREDIT MANAGEMENT<br>P. O. BOX 5147<br>CAROL STREAM, IL 60197-5147 | | | | | |
| 09-43123-R | 00002 | BRYAN LYNN BLACK | 2 | 8369 | 477.41 | 465.24 | 942.65 |
| | | Original check written to: WELLS FARGO BANK, NA<br>ONE HOME CAMPUS<br>BK PMT PROC/MAC #X2302-04C<br>DES MOINES, IA 50328 | | | | | |
| 10-41024-R | 00005 | JOHN MICHAEL REDUS | 5 | 3086 | 0.00 | 7.32 | 7.32 |
| | | Original check written to: MIDFIRST BANK<br>C/O MIDLAND MORTGAGE COMPANY<br>999 NW GRAND BOULEVARD, SUITE 110<br>OKLAHOMA CITY, OK 73118-6077 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: September 23, 2011

Check No. 2034405

Check Amount: $12,401.59

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-41024-R | 00024 | JOHN MICHAEL REDUS | | 3086 | 0.00 | 1.53 | 1.53 |
| | | Original check written to: <br> MIDFIRST BANK <br> C/O MIDLAND MORTGAGE COMPANY <br> 999 NW GRAND BOULEVARD, SUITE 110 <br> OKLAHOMA CITY, OK 73118-6077 | | | | | |
| 10-41433-R | 00040 | JEFF SHAWN & ANGELA MICHELLE BAKER | 3 | 9078 | 0.00 | 238.07 | 238.07 |
| | | Original check written to: <br> WELLS FARGO HOME MORTGAGE <br> 1 HOME CAMPUS <br> BKY PMT PROCESS MAC#X2302-04C <br> DES MOINES, IA 50328 | | | | | |
| 10-50121-R | 00025 | ESTEBAN C. TORRES | 1 | 0910 | 0.00 | 455.28 | 455.28 |
| | | Original check written to: <br> CITIMORTGAGE INC <br> P. O. BOX 6941 <br> THE LAKES, NV 88901 | | | | | |
| | | | | **TOTALS** | **$7,671.66** | **$1,607.63** | **$9,279.29** |